IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION


UNITED STATES OF AMERICA,                    :
                                             :
                                             :
              v.                             :        CASE NO.: CR209-35
                                             :
                                             :
MICHAEL DAVID PALMER                         :
AARON JERMAINE JACKSON                       :
ALFREDO GERMAINE MASON                       :


## ORDER

After an independent and *de novo* review of the record, the undersigned concurs

with the Magistrate Judge's Report and Recommendation, to which Objections have

been filed.  In his Objections, Defendant Michael David Palmer ("Defendant") asserts

that his statement in the police vehicle should be suppressed because it was not

properly recorded, and that the spontaneous statement made immediately after

Defendant invoked his right to counsel should be suppressed because it is ambiguous.[1]

Palmer has failed to cite any authority for the propositions he advances that

incriminating statements should be rendered inadmissible because they were not

recorded or that they were ambiguous.  The fact that Palmer's statements were not

recorded did not violate Palmer's rights.  Moreover, Palmer can assert at trial that his

statements to law enforcement authorities did not incriminate him or that the statements

---

[1] Defendant also asserts that the Magistrate Judge's Report incorrectly stated that there were multiple semi-automatic rifles used during the bank robbery, when the testimony indicated that only one semi-automatic rifle was used.  However, this fact is irrelevant to Defendant's Motion to Suppress.

were ambiguous and that the agent misinterpreted what Palmer meant when he made the statements. Based on the foregoing, Defendant's objections are **OVERRULLED**. Defendant's Motion to Suppress is **DENIED**.

**SO ORDERED**, this ___11___ day of ___March___, 2010.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)